

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Eddie Dale Underwood,        * Original Mandamus Proceeding

No. 11-22-00219-CR        * August 31, 2022

       * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Eddie Dale Underwood's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.